**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Bryan P. Bonham, Plaintiff, v. Barbara K. Cegavske. Defendant. | Case No. 2:22-cv-00819-GMN-DJA**Order** |

On May 23, 2022, High Desert State Prison inmate, Plaintiff Bryan P. Bonham, submitted initiating documents to the Court which included an application to proceed *in forma pauperis* and a civil rights complaint. (ECF Nos. 1, 1-1). The Court issued an order denying his application for being incomplete because it did not include a financial certificate or inmate account statement. (ECF No. 3). Plaintiff filed a new application on June 27, 2022. (ECF No. 4). However, that application also lacks a completed financial certificate and inmate account statement. Plaintiff explains that he sent his application "to notify the court that I've sent out a request for financial cert [sic], it has not come back." (*Id.*). To date, Plaintiff has not filed his financial certificate or a completed inmate account statement.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an incarcerated plaintiff seeking to proceed without paying the filing fee must complete an application to proceed *in forma pauperis* and attach: (1) an inmate account statement for the past six months; and (2) a financial certificate from the institution where he is incarcerated certifying the amount of funds in the plaintiff's trust account at the institution. If the plaintiff has been incarcerated at the institution for fewer than six months, the certificate must show the account's activity for the shortened period. LSR 1-2.

Here, Plaintiff's application is incomplete. The Court with therefore deny Plaintiff's application to proceed *in forma paupers* without prejudice. If Plaintiff chooses to file another *in forma pauperis* application, then he must file a complete application on this Court's approved form including all the documents referenced in this order.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a blank application to proceed *in forma pauperis* by an inmate as well as the accompanying instruction packet.

**IT IS FURTHER ORDERED** that by **November 7, 2022**, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments; or (2) pay the full $402 filing fee for a civil action, which includes the $350 filing fee and the $52 administrative fee. Failure to comply with this order will result in a recommendation to the District Judge that this action be dismissed.

DATED: October 7, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE