# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Bryan P. Bonham, | Case No. 2:22-cv-00819-GMN-DJA |
| Plaintiff, | |
| v. | **Report and Recommendation** |
| Barbara K. Cegavske, | |
| Defendant. | |

      Plaintiff submitted initiating documents on May 23, 2022. (ECF Nos. 1, 1-1). However, the Court found that Plaintiff's *in forma pauperis* application was incomplete. (ECF No. 3). The Court thus denied Plaintiff's application and gave him until July 1, 2022 to file a complete application or pay the filing fee. (*Id.*). It warned him that failure to timely comply with the order could result in a recommendation that the case be dismissed. (*Id.*).

      Plaintiff filed a new application on June 27, 2022. (ECF No. 4). The application was still incomplete because it lacked a financial certificate, but Plaintiff explained that he "sent out a request for financial cert [sic], it has not come back." (*Id.*). The Court thus denied Plaintiff's application without prejudice and gave him until November 7, 2022 to file a complete application. (ECF No. 5). It informed him that failure to comply with the order would result in a recommendation to the district judge that the case be dismissed. (*Id.*). Plaintiff missed this deadline and to date has filed nothing further with the Court.

      Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED**.

# NOTICE

      This report and recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation

may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: January 20, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE